IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )         2:23cr123-MHT
                            )              (WO)
TOCORRA LASHAY MINEFIELD    )
```

ORDER

Shortly after leaving the sentencing hearing, the court realized that it had failed to impose certain special conditions related to mental-health treatment as planned. Chambers staff contacted counsel for the government and the defense to notify them of this oversight, and they confirmed by email that they do not oppose the court imposing these conditions and that they waive any objection to the court doing so without reconvening the sentencing hearing.

Accordingly, it is ORDERED that the court imposes the following additional special conditions of probation:

(1) The defendant shall participate in a mental-health treatment program approved by the United

States Probation Office as directed. The defendant shall contribute to the cost of any treatment based on her ability to pay and the availability of third-party payments.

(2) The defendant shall undergo a psychiatric evaluation to determine her psychotropic medication treatment needs and shall attend individual psychotherapy, as recommended by Dr. Ashlee Zito. *See* Evaluation (Doc. 28-1) at 17.

DONE, this the 18th day of September, 2024.

                                        /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**