IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:23cr123-MHT
                            )            (WO)
TOCORRA LASHAY MINEFIELD    )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF PROBATION

In accordance with the conditions of probation in the criminal judgment entered today, it is ORDERED that:

(1) Within 45 days of the commencement of probation, the United States Probation Office shall arrange for defendant Tocorra Lashay Minefield to undergo a psychiatric evaluation to determine her psychotropic-medication treatment needs.

(2) Within 45 days of the commencement of probation, the United States Probation Office shall arrange for defendant Minefield to begin attending individual psychotherapy to address the issues identified by Dr. Ashlee Zito.  *See* Evaluation (Doc. 28-1) at 17.

    **(3) The United States Probation Office shall ensure that, prior to the evaluation and treatment, each provider receives a copy of the psychological evaluation conducted by Dr. Ashlee Zito (Doc. 28-1 at 9-17) and the presentence investigation report (Doc. 51).**

    **(4) Within 60 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Minefield is faring.**

    **DONE, this the 18th day of September, 2024.**

                                                   /s/ Myron H. Thompson
                                                **UNITED STATES DISTRICT JUDGE**